# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK LEONARD SHARP,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 72935

FILED

JUL 07 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order appointing postconviction counsel and denying a request for judgment on the pleadings. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Our review of this appeal reveals a jurisdictional defect. No statute or court rule provides for an appeal from a district court order appointing postconviction counsel and denying a request for judgment on the pleadings. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that appellant appeals in regard to the postconviction petition for a writ of habeas corpus, no decision, oral or written, had been made on the petition when appellant filed his appeal on April 24, 2017. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-22571

cc: Hon. Michael Montero, District Judge
Mark Leonard Sharp
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A